AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> V. <br> Santiago Humberto Rodriguez-Aparicio <br> A044 466 852 <br> AKA: Santiago H Rodriguez-Aparicio <br><br> IAE    YOB:    1972 <br> El Salvador <br> (Name and Address of Defendant) | United States District Court <br> Southern District of Texas <br> **FILED** <br><br> APR 0 1 2015 <br><br> . **Clerk of Court** | **CRIMINAL COMPLAINT** <br><br> Case Number:    M-15- 0490 -M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 30, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Santiago Humberto Rodriguez-Aparicio was encountered by Border Patrol Agents near Hidalgo, Texas on March 30, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 30, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 10, 2012 through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 28, 2011, the defendant was convicted of 18 USC 922/924 Unlawful Alien in Possession of a Firearm and Ammunition / Convicted Felon in Possession of a Firearm and Ammunition and sentenced to forty-one (41) months confinement and three (3) years Supervised Release Term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

OK to file. TLT

Sworn to before me and subscribed in my presence,

**04/01/2015**

**Signature of Complainant**
Michael K. Garza      Senior Patrol Agent

**Dorina Ramos** , U.S. Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer